## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

WENDALL HALL,

      Plaintiff,

v.                                Case No: 2:20-cv-105-FtM-38MRM

TAMMY LAMAR, CATHERINE
COSGRAVE and NURSE
WILLIAMS,

      Defendants.

_____/

## ORDER[1]

    Before the Court are Wendell Hall's Motion for Urgent or Expeditious Motion for Preliminary Injunction and or Hearing (Doc. 39) and Supplemental Motion for Emergency Preliminary Injunction or Emergency Hearing (Doc. 40). The Court reviewed the first Motion and found it did not warrant emergency handling.  But in the "Supplemental Motion," Hall—a detainee at the Florida Civil Commitment Center (FCCC)—claims that FCCC medical staff is refusing to provide him with urinary catheters, without which he cannot urinate.  This

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

allegation warrants prompt notice to FCCC officials and an expedited response.  FCCC must not withhold medical equipment Hall needs to urinate.

Accordingly, it is now

**ORDERED:**

1. The Clerk shall **email** an official at FCCC of the allegation and attach a copy of the Supplemental Motion (Doc. 40), **confirm** the official received the Court's email, and **enter** a docket entry stating the name of the official who received the Court's notice and when.

2. Defendants shall respond to the Motion and Supplemental Motion no later than **January 27, 2021**.

3. In the meantime, FCCC shall not withhold from West any medical equipment he needs to urinate.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of January, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record